Joseph A. Broderick, as Superintendent of Banks of the State of New York, Plaintiff, *v.* Robert Adamson et al., Defendants.

Leo Dorfman, Respondent, *v.* Frank S. Demarest, Appellant.

Argued March 8, 1937; decided March 23, 1937.

*Joseph Otis* for appellant.

*Walter H. Merritt* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.